Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 1 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada
Division

PETER MWITHIGA, Pro Se

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

OFFICER J PIERCE 17028, Sherrif Kevin McMahill, Officer Javon Charles 18078, Las Vegas Metropolitan Police Department, City of Las Vegas NV, Clark County NV

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  2:23-CV-01330-GMN VCE
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Peter Mwithiga |
| Street Address | 2595 Lynnwood Street Apt 112 |
| City and County | Las Vegas Clark |
| State and Zip Code | Nevada 89109 |
| Telephone Number | 6024867382 |
| E-mail Address | mwithiga7@yahoo.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Officer J Pierce 17028 |
| Job or Title *(if known)* | Police Officer |
| Street Address | 400 South Martin Luther King Jr. Blvd |
| City and County | Las Vegas Clark |
| State and Zip Code | Nevada 89106 |
| Telephone Number | 7028283394 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Officer Javon Charles 18078 |
| Job or Title *(if known)* | Police Officer |
| Street Address | 400 South Martin Luther King Jr. Blvd |
| City and County | Las Vegas Clark |
| State and Zip Code | Nevada 89106 |
| Telephone Number | 7028283394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kevin McMahill |
| Job or Title *(if known)* | County Sherriff |
| Street Address | 400 South Martin Luther King Jr. Blvd |
| City and County | Las Vegas Clark |
| State and Zip Code | Nevada 89106 |
| Telephone Number | 7028283394 |
| E-mail Address *(if known)* | pio@lvmpd.com |

Defendant No. 4

| | |
|---|---|
| Name | Las Vegas Metropolitan Police Department |
| Job or Title *(if known)* | |
| Street Address | 495 South Main Street |
| City and County | Las Vegas Clark |
| State and Zip Code | Nevada 89101 |
| Telephone Number | 7022292273 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C § 1983, 42 U.S.C. § 2000d et seq, 28 C.F. R. §§ 42.101 et seq, 42 U.S C § 12203, U.S. Const. amends. IV, V, and XIV

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

On August 19, 2021, Defendant Pierce profiled me based on race, color and ethnicity. Defendant Pierce stated that the reason he stopped me was because my brake lights were not working. My brake lights were working and therefore Officer Pierce did not have a reason for stoping me. This was confirmed by physical inspection of the brakes at the police station after which Officer A16663M signed "fixed.". There is also a video showing that my brake lights were working. Officer Pierce had made a similar allegation against me in the fall of 2020 and it also turned out to be false. On August 19, 2021, Officer Pierce restrained me without my permission or legal justification, filed false charges against me in court. The court dismissed the charges. Officer Pierce did this using his authority as a police officer. When officer Pierce was done, he said, "one down and something that sounds to Plaintiff like "I don't give a shit." Plaintiff had asked Officer Pierce why he is giving Plaintiff an insurance ticket when he had told plaintiff to get it and by the time officer returned to the car, Plaintiff had his proof of insurance.

On October 29, 2022, Defendant J Charles responded to an accident in which my children were involved. There were 8 people altogether involved in that accident. However, when Officer Charles wrote the police report, he excluded the 3 black children involved. This made it difficult for me to access the police report which had insurance information of the vehicles involved, information that was necessary as my children received treatment. Officer Charles caused me mental anguish. Officer Charles did this using his authority as a police officer.

Defendant McMahill is the County Sheriff in-charge of Metropolitan Police Department. Sheriff McMahill directly or indirectly participated in the authorization, planning and supervision of the actions or the individual officers involved in this case, Officer Pierce and Officer Charles. Sheriff McMahill failed to adequately train or supervise Metro officer and to promulgate appropriate policies to prevent race based vehicular stops and has established, implemented, and enforced illegal and unconstitutional policies and practices that have caused me harm.

Defendant Las Vegas Metropolitan Police Department (Metro) is a combined city and county law enforcement agency for the City of Las Vegas NV and Clark County NV. Officers Pierce, Officer A16663M, and Charles are employees of Metro.

Defendant City of Las Vegas NV is a municiple corporation and public owner of the Metropolitan Police. The City was the intended beneficiary of the $1300 fine arising from Officer Pierce's citation issued to me. The city, through its Parking Division did issue a ticket based on my race. Another vehicle was blocking the street, my vehicle had to stop to avoid an accident but the city issued me the citation. The city refused to address my defenses available based on State law. This was retaliatory. I paid the $100.00 fine. The city does not supervise the actions of Metro officers on the streets. A visit to City desk requesting to speak to a person who supervises metro was refered to Metro itself.

Defendant Clark County NV is a co-parent of Metro. It too has failed to supervise the actitivites of Metro police officers in the streets of las vegas giving Metro officers unbridled discretion to stop blacks for any reason or no reason at all. A visit to County Information Desk to seek audience with County supervisor of Metro was refered back to Metro.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiff respectfully requests this Court:
1. Enter judgment in favor of Plaintiff and against Defendants
2. Enter an order declaring Defendant Pierce's conduct unconstitutional
3. Enter an order declaring Defenant Charles' conduct unconstitutional
4. Enter an order to the City to refund $100 fine paid by Plaintiff.
5. Award Plaintiff compensatory and punitive damages against defendants
6. Grant Plaintiff such other relief as may be just and proper under the circumstances including but not limited to appropriate injunctive relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/08/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Peter Mwithiga, Pro Se.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address