**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants Ofc. Pierce, Ofc. Charles, Sheriff McMahill and LVMPD

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PETER MWITHIGA,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER J. PIERCE, P#17028; OFFICER JAVON CHARLES, P#18078; SHERIFF KEVIN MCMAHILL; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER TAUB; and CITY OF LAS VEGAS, NV,<br><br>Defendants. | Case Number:<br>2:23-cv-01330-GMN-MDC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS OFC. PIERCE, OFC. CHARLES, SHERIFF MCMAHILL AND LVMPD ONLY** |

IT IS HEREBY STIPULATED between Defendants Jordan Pierce ("Ofc. Pierce"), Jovon Charles ("Ofc. Charles"), Kevin McMahill ("Sheriff McMahill") and Las Vegas Metropolitan Police Department ("LVMPD") (collectively "LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff Peter Mwithiga ("Plaintiff"), that the above-referenced matter be dismissed against the LVMPD Defendants *ONLY*; and

///

///

///

MAC: 14687-468 (#6436729.1) 6/22/2026 8:52 AM

IT IS FURTHER STIPULATED that each party bear their own attorney fees and costs.

IT IS SO STIPULATED this __23rd__ day of June, 2026.

MARQUIS AURBACH                          PETER MWITHIGA

By: ___s/Craig R. Anderson___           By: _____
    Craig R. Anderson, Esq.                 Peter Mwithiga
    Nevada Bar No. 6882                      2595 Lynnwood St., Apt. 112
    10001 Park Run Drive                     Las Vegas, NV 89109
    Las Vegas, Nevada 89145                  Pro Se Plaintiff
    Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that the above-referenced matter be dismissed against the LVMPD Defendants ONLY; and

IT IS FURTHER ORDERED that each party bear their own attorney fees and costs:

ORDERED:

DATED: this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Court
United States District Court

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-468 (#6436729.1) 6/22/2026 8:52 AM